IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CR32-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES A. DAVIS, | ORDER |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment numbered above and Arrest Warrant be unsealed because there is no longer a need to protect their secrecy,

**IT IS HEREBY ORDERED** that the Bill of Indictment and Arrest Warrant in this matter be UNSEALED.

The Clerk is directed to certify two copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: May 25, 2011

David S. Cayer
United States Magistrate Judge