
*original*

RECEIVED
STATESVILLE, N.C.
JUN 16 2011
Clerk, U.S. Dist. Court
W. Dist. of N.C.

RECEIVED
CHARLOTTE, N.C.
JUN 15 2011
Clerk, U. S. Dist. Court
W. Dist. of N. C.

Charles Alexander Davis
c/o 36558069
Guaynabo Metropolitan Detention Center
P.O. Box 2008
Cantano PR. 00963 2008
Beneficiary

# United States District Court
## Western District of North Carolina

UNITED STATES OF AMERICA,

-v-

CHARLES A. DAVIS,

Case No. **5:11-CR-00032-RLV-DSC**

**JUDICIAL NOTICE:**
**APPOINTMENT OF TRUSTEE**

     COMES NOW, Charles Alexander Davis, Beneficiary of the Trust created as 5:11-CR-00032-RLV-DSC in the United States District Court, Western Division of North Carolina, under Public Policy and Public Law 73-10.
     As Beneficiary of the Trust, Charles Alexander Davis hereby appoints this court, its presiding Judge and /or its clerk as my Trustee.
     As my Trustee, I request you to discharge this matter I have been accused of, and further, that the record be eliminated.
     Due to damages suffered and/or performed, I wish to be compensated $150,000.00 dollars, in redemption.

Executed this 12th day of June 2011.

*Charles Alexander Davis*
Charles Alexander Davis
Beneficiary of the Cestui Qui Vie Temporary, Testamentary Trust

_____
First witness

_____
Second witness

CC:
    Prosecutor's Office
    US Department of Justice

## CERTIFICATE OF SERVICE

The foregoing document and two copies were mailed first class and filed with the Clerk of the US District Court with a copy to the Chief District Judge with copies mailed first class to the United States Attorney and the US Department of Justice at the below address.

Original and 2 copies to:

Clerk of the US District Court
235 Charles R. Jonas Federal Bldg
401 W. Trade St.
Charlotte, NC 28202

Jenny Grus Sugar
US Attorneys Office, Suite 1650
227 W. Trade St.
Charlotte, NC 28202

U.S. Department of Justice
Civil Rights Division
Special Litigation Section, PHB
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

By: ____Charles Alexander Davis____
Charles Alexander Davis
Beneficiary

Charles A. Vass
IN CARE OF: 36558069
Guaynabo Metropolitan Detention Center
PO Box 2008
Cantano PR 00963-2008
Beneficiary

CLERK OF THE US DISTRICT COU
235 CHARLES R. JONES FEDERA
401 W. TRADE STREET.
CHARLOTTE, NC 28202

