Document No. CAD _0 /_____     Date: _9 A u G  1 /_

In all matters of:

    **Charles-Alexander: Davis**
    c/o address_____
    city _Str Lonor_ state _N C_ zip_____

the town of _Statesvill_
the County of _I Redell_
the land of North Carolina state

RECEIVED
STATESVILLE, N.C.
AUG 2 4 2011
Clerk, U.S. Dist. Court
W. Dist. of N.C.

## NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY

## NOTICE AND DECLARATION OF FRAUD

## NOTICE TO CEASE AND DESIST

**This Notice and Declaration to Amend and Supersede all Existing Records Maintained on Principal**

**In the Common Law and for the record,**
**KNOW ALL MEN BY THESE PRESENTS;**

That I, **Charles-Alexander: Davis** hereinafter known as 'Principal" "Beneficiary" "Secured Party" "First Trustee" "Authorized Representative" "Beneficial Owner", of the TRUST ACCOUNT "CHARLES ALEXANDER DAVIS" AND ALL DERIVATIES THERE OF, do hereby declare **Revocation of all Power of Attorney** in fact or otherwise, signed by me, my agent(s), parents, parens patriae, implied in law, or by trust, voluntary or involuntary, with or without Principal's informed consent and knowledge, by, for, and with, these sole and aggregate corporations, companies, agencies and agents, subsidiaries, representatives and employees, and all their associations, instrumentalities, and assigns and every derivation of same thereof, and by which the undersigned Principal constituted attorney for the purpose set forth in said power of attorney through all contracts with the fictions, corporations and derivations of same known as;

THE STATE OF NORTH CAROLINA,
THE COUNTY OF _____,
THE TREASURER OF _____ COUNTY,
THE CITY OF _____,
THE _____ POLICE DEPARTMENT,
THE CIRCUIT COURT FOR _____ COUNTY,
THE _____ COUNTY SHERIFF'S DEPARTMNT,
THE UNITED STATES OF AMERICA,
THE DEPARTMENT OF THE UNITED STATES TREASURY,
THE INTERNAL REVENUE SERVICE,
THE FEDERAL TRADE COMMISSION,
THE FEDERAL RESERVE BANK,
THE DEPOSITORY TRUST CORPORATION and all its associations and assigns,
THE SECURITIES AND EXCHANGE COMMISSION,
THE DEPARTMENT OF MOTOR VEHICLES,
THE DEPARTMENT OF AGRICULTURE,
THE UNITED STATES ATTORNEY GENERAL,
THE UNITED STATES DEPARTMENT OF TRANSPORTATION,
THE UNITED STATES POST MASTER GENERAL,
THE DIRECTOR OF BUREAU VITAL STATISTICS,

Page 1 of 3                  Initials – Principal: _CAD_ seal

## The Principal does hereby notice and declare;

1. This **Revocation Of Power Of Attorney** does include and encompass all 'license' to drive, and 'certificates' of property 'title' and 'certificates' of birth and "voters" registration (where licenses and registration are voluntary and certificates are by color of title and color of law), are wholly revoked, extinguished, cancelled, made null and void and as declared and signed on this _9 A H 6   11_   , 2011 A.D., and by Principal, in the sight and service of Principal's Creator in Heaven above;

2. That any warrant, bill, contract, financial obligation, order, security or other negotiable instrument or action against Principal and for any cause, contract or matter and from anyone other than Principal and signed by any man or woman or agent or signed for any man or woman or agent and other than Principal where said <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u> is made public and into this matter and for all matters and cause related to Principal is noticed as fraudulent and criminal and is extinguished, canceled and made null and void and by this <u>NOTICE AND DECLARATION OF FRAUD and</u> ;

3. Where all subsequent attempts to contract Principal without consideration of Principal's right to refuse to contract, is without full disclosure nor just compensation and where any copy of alleged "WARRANT" or "ORDER" or "INVOICE" or "BILL" or "STATEMENT" or "DEBT" and mailed to Principal is evidence of fraud. All said copy assumes facts which are not in evidence in the official record and in this, or any, matter to include any bond or negotiable instrument created as a result of any adhesion contract from any power of attorney with Principal and for the profit of anyone other than Principal and without compensation to Principal, nor full disclosure of said profit;

4. That these said and named sole and aggregate corporations, agents and agencies and subsidiaries and employees and all derivatives of said names, thereof, are noticed specifically of this <u>NOTICE AND DECLARATION OF FRAUD</u> and by actions and by public notice of fraudulent obligation;

5. That any attempts by any man or woman or agents thereof, to transmit fraudulent documents to Principal via U.S. Mail, or by any other means, will be treated as proof of predicate acts to racketeering and conspiracy to engage in a pattern of racketeering activity, in violation of the federal RICO laws at 18 U.S.C. 1961 et seq. ("RICO" is the accepted legal acronym for the Racketeer-Influenced and Corrupt Organizations Act.) Mail fraud is a RICO predicate act. See 18 U.S.C. 1961(1)(B).

IT IS FURTHER DECLARED that private power of attorney agreement(s) granted to attorney-in-fact(s), and from Principal, is noticed publicly that dishonor of this <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u> and by force, duress, or any other fraudulent act in the coercion to contract Principal to any foreign jurisdiction and agents thereof, and without warrant or other negotiable instrument  issued by any corporate representative acting in judgment of Principal and without Principal's consent to agree to the conspiracy of, or the engagement of, any act to kidnap, extort, racketeer, and require subservience of Principal by color of law resulting in the loss of freedom, liberty and the substance of Principal, is subject to affidavit of criminal complaint filed publicly and served by Article III court declaration and immediately and against any said perpetrator(s) engaging said acts with the intent to

Page 2 of 3                    **Initials – Principal:** _CA D_  seal _____

Document No. CAD _O3_          Date: _9 Aug 4_

harm Principal.

WHEREFORE, this <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u> and <u>NOTICE AND DECLARATION OF FRAUD</u> AND <u>NOTICE TO CEASE AND DESIST</u> declares Principal's right to refuse to contract and declares Principal's refusal of contract for, in and of, this cause and by this <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE</u> and <u>DECLARATION OF FRAUD</u> AND <u>NOTICE TO CEASE AND DESIST</u> and with all reservation of rights and for this corporate administrator.

THEREFORE, Principal declares this <u>NOTICE TO CEASE AND DESIST</u> by reservation of all rights and by Principal signature of this declaration and by <u>NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY</u> made public in said cause and of any public notice of fraudulent obligation, attempt, force, harassment, conspiracy, and by any means to include mail or personal appearance and by any agent or representative acting in collusion and by conspiracy, and without loss of personal quality of life or interruption of any contracted service or standard conducive to any comfort of living of Principal or Principal's heir and assigns as is afforded to said corporations taking comfort in provisions from fraudulent contracts by Principal's signature and without Principal's benefit, and on behalf of said corporations or by said corporations or by any subsidiary, agent, employee or representative of the corporations of the COUNTY OF _IRedell_ and the CITY OF _Statesvill_ and the STATE OF NORTH CAROLINA acting in any statutory or corporate administrative capacity, thereof, and considered liable in both a corporate and personal capacity, to engage Principal in any contract, cause or matter by the voiding of consent of Principal forevermore.

***Signed in the capacity of a free man on the land without the UNITED STATES CORPORATION, per 28 USC 1746(1)***

_Charles Alexander Davis Beneficiary_ seal

Charles-Alexander: Davis, *Beneficiary*
*All Rights Reserved*

NOTARY JURAT
State: North Carolina

County of: _Meek_
Subscribed, Sworn, and Sealed: this _9th_ day of: _Aug_, 2011
Charles-Alexander: Davis, did personally appear before me, and is known to be the one described in, and who executed, the foregoing instrument, the resolution of a claim and acknowledged that he executed the same as his free act and deed as a Living-Man-of-Flesh-and-Blood with a Living-Spirit in this above named State-of-the-Union. Purpose of Notary is for identification only, and NOT for entrance into any Foreign-Jurisdiction.
Date: _8/9/11_   Notary Public: _T. Lee Allee_
My Commission Expires February 18, 2018

My Commission Expires _____                    seal

Page 3 of 3          **Initials – Principal:** _C AD_  seal _____

Case 5:11-cr-00032-RLV-DSC   Document 19   Filed 08/23/11   Page 3 of 3