RECEIVED
STATESVILLE, N.C.
AUG 24 2011
Clerk, U.S. Dist. Court
W. Dist. of N.C.

5:11CR32-1-V

# SELF-EXECUTING SPECIFIC POWER OF ATTORNEY

The undersigned, Charles-Alexander: Davis of [address
City *BRiSt ol*, State ~~North Carolina~~ *Tennessee* [ *T N* ]hereafter "Maker", (Real Party in Interest) does hereby appoint Kenneth-Ray: Foust, located at _____ Powell, Tennessee [37849] as Maker's attorney-in-fact, hereafter "Attorney-in-Fact," with full power TO ACT in Maker's name, place and stead, to exercise all of its legal rights and powers including, without limitation, signing and filing of any legal court papers, until such time as Maker is cleared from all charges and released from custody, in any way which the Maker could do with respect to the following matters:

1. To prepare file, record, execute, and affix in Authorized Representative capacity Maker's signature to any and all necessary documents such as certificates of Motions, Discovery, Court Documents,etc. as authorized by the Federal Rules of Civil/Criminial Procedures, retention of all rights and interest claimed by the *UNITED STATES, its agents, heirs, assigns and political subdivisions, in any property and/or collateral in which the Maker (Real Party in Interest) has a superior security interest;
* UNITED STATES definition by the Constitution---
Article 1 – Section 8 – clause 17 - To exercise <u>exclusive legislation</u> in all cases whatsoever, <u>over such **District** (**not exceeding ten miles square**)</u> as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings; (federal enclaves)

2. To participate in any necessary procedures, administrative or judicial, to achieve the foregoing;

3. To ensure that Maker complies wholly and consistently with Maker's stipulations certified as Administrative Judgment by including, without limitation, Maker's stipulations that no facts are in dispute, no controversy exists, Maker has waived any and all rights to raise a controversy, and Maker is estopped by voluntary agreement from implementing or perpetuating any action against the Attorney-in-Fact or property, his collateral, interests, freedom or liberty;

4. To use any trademarks, service-marks, emblems, logos and the like for the purpose of authenticating any document when acting on behalf of Maker and/or agents, heirs, assigns and political subdivisions thereof;

5. To undertake any other necessary procedures with impunity and without any recourse by Maker or agents thereof to settle and close said account number *Case No. 5:11-CR-00032-RLV-* and all *DSC* account(s) specified herein and herewith.

INDEMNIFICATION. The Attorney-in-Fact shall not be liable for any loss resulting from errors of judgment made in good faith. The Attorney-in-Fact is authorized to indemnify and hold harmless any third party who accepts and acts under this document.

COMPENSATION. The Attorney-in-Fact is entitled to reasonable compensation and reimbursement of all reasonable expenses for any and all services provided while acting in capacity.

ACCOUNTING. The Attorney-in-Fact shall provide at his sole discretion an accounting for all funds handled and all acts performed while acting as attorney-in-fact.

TERM. This Self-executing Specific Power of Attorney becomes effective immediately upon certification by the notary, It shall continue in effect until, such time as Maker is cleared from all charges and released from custody, automatic termination to be in effect upon date of complete release, not just parole, said termination to be executed exclusively in the form of certification of termination of all rights, property and interest claimed by the UNITED STATES, its agents, heirs, assigns and political subdivisions, in any and all property and/or collateral in which the Maker has a superior security interest.

VERIFICATION. Any third party receiving a duly executed copy or facsimile of this instrument may act hereunder with Kenneth-Ray: Foust the "Attorney-in-Fact", Termination hereof shall be effective as being received by such third party who is hereby indemnified and held harmless from and against any and all claims that may arise by reason of such third party having acted hereunder.

**SELF-EXECUTING AGREEMENT. This Specific Power of Attorney is self-executing with MAKER'S endorsement affixed by maker.**

*Charles Alexanders, Sui-Juris*
.der: Davis, Sui-Juris

c/o PMB Address _____
City _BRistol_____, North Carolina [ zip_____ ]

Non-Domestic without the UNITED STATES

# Acknowledgment

The use of a Notary Public is for verification of autograph only
And does not grant jurisdiction to anyone.

Charles-Alexander: Davis, The undersigned, who is personally known by me or upon proper identification, is appearing before me this day and signing the within instrument in my presence and for the purpose therein stated. Signed this _8th_ day _Aug_ in the year of our Lord Two thousand Eleven. In the state of North Carolina county of _____.

NOTARY PUBLIC SIGNATURE _T Lee Ale_____ DATE _8-9-11_

My commission expires on: _My Commission Expires February 16, 2016_    seal

2 of 2