To: Office of the Clerk          9-5-11
United States District Court

I Charles Alexander Davis give Permission to Sierra Leonard to Pick up my True Bonded Certified Copy of my Bill of Indictment for Case Number 5:11 of 32 United States V. Charles A. Davis

Thank You
Charles Alexander Davis
Charles Alexander Davis

RECEIVED
STATESVILLE, N.C.
SEP 8 2011
Clerk, U.S. Dist. Court
W. Dist. of N.C.

Charles DAVIS
Inmate #
Caldwell county Detention
2351 Morganton BLVD SW
Lenoir NC 28645

MAILED FROM
CALDWELL COUNTY
DETENTION CENTER

GREENSBORO NC 270
PIEDMONT TRIAD 273

OFFICE OF The Clerk
United States District Court
200 West Broad St
Statesville NC 28677

Legal Document