IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:11-CR-00032-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLES A. DAVIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** arises upon the Court's reconsideration of its Oral Order dated September 6, 2011. Among other things, the Court ordered the movement of Defendant Charles Davis to the Mecklenburg County Jail. This portion of the Order is to be **TEMPORARILY SUSPENDED** pending further notice from this Court.

**SO ORDERED**.

Signed: September 22, 2011

Richard L. Voorhees
United States District Judge