Offeror:
Charles Alexander Davis
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona
Non-domestic without the U.S.
Phone: (480) 319-1552
Email: Benton.private@gmail.com

CERTIFIED COPY
I hereby certify the foregoing document to which this seal has been affixed consisting of __0S__ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _Benton Hall_

Date: _December 20, 2011_

(THIS STAMP MUST BE RED)

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL--- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF FILING FOREIGN JUDGMENT

Date: 20 December 2011

To: Offeree:
**Jenny Grus Sugar**
Assistant United States Attorney
c/o 227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Phone: (704) 344-6222
Fax: (704) 344-6629
Email: jenny.sugar@usdoj.gov

RECEIVED
CHARLOTTE, N.C.
DEC 27 2011
Clerk, U. S. Dist. Court
W. Dist. of N. C.

Re: Foreign Judgment in the matter of Case No. 5:11-cr-00032-RLV issued by UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA, STATESVILLE DIVISION.

Comes now Charles Alexander Davis as an Authorized Representative of the Secured Party Creditor and Paramount Security interest holder in all property and collateral both registered and unregistered, belonging to the Defendant CHARLES ALEXANDER DAVIS and an accommodation party under [UCC 3-419], hereinafter "Offeror". The Offeror is tendering for filing into Case No. 5:11-cr-00032-RLV, THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA, STATESVILLE DIVISION this 20th day of December 2011 a Certified Record of a judgment *res judicata* and *stare decisis* from the Secretary of State, State of California a copy attached hereto and incorporated herein by reference as "EXHIBIT A" resolving the matter between THE UNITED STATES OF AMERICA V. CHARLES A. DAVIS, resolving Case No. 5:11-cr-00032-RLV, THE

Case No. PV09062011-1

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA , hereinafter "Offer". The Offeror is tendering the Offer to Jenny Grus Sugar, Assistant United States Attorney, c/o 227 West Trade Street, Suite 1650, Charlotte, North Carolina 28202, hereinafter "Offeree".

**NOTICE** is hereby given that the Offeror has tendered to this Court the filing of a final judgment in this matter.

The Offeror conditionally accepts Offeree's holding of the collateral CHARLES A. DAVIS at Caldwell County Jail, 2351 Morganton Boulevard, Lenoir, North Carolina 28645, in this Court upon proof of claim that Offeree show cause why this Court does not lack subject-matter jurisdiction of a matter already resolved *res judicata* and *stare decisis,* a copy attached hereto and incorporated herein by reference as "EXHIBIT A" making the holding of the collateral CHARLES A. DAVIS moot.

In Witness Whereof, I have hereunto set my hand and seal this 20 day of December in the Year of Our Lord 2011.

_Charles A. Davis_
Charles Alexander Davis, Secured Party Creditor,
Executive Trustee for the Trust,
CHARLES ALEXANDER DAVIS

Please direct responses to third party witness:
    Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona [85213]
    Phone: (480) 319-1552
    Email: Benton.private@gmail.com

Cc:

    **CLERK OF COURT (Case No. 5:11-cr-00032-RLV)**
    c/o UNITED STATES DISTRICT COURT FOR THE WESTERN
    DISTRICT OF NORTH CAROLINA STATESVILLE DIVISION
    401 West Trade Street
    Charlotte, North Carolina 28202

    **RAHWA GEBRE-EGZIABHER/Successors and Assigns, etc.**

Page 2 of 5
Case 5:11-cr-00032-RLV-DSC   Document 53   Filed 12/27/11   Page 2 of 11

Case No. PV09062011-1

c/o Federal Public Defenders Office
129 West Trade Street, Suite #300
Charlotte, NC 28202
Phone: (704) 374-0720
Email: Rahwa_Gebre-Egziabher@fd.org

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF NORTH CAROLINA STATESVILLE DIVISION
401 West Trade Street
Charlotte, NC 28202

**Jonathan Richard Marx**
U.S. Department of Justice
c/o 601 D Street NW
Room 7924
Washington, DC 20004
Phone: (202) 307 3901
Fax: (202) 514-0961
Email: jonathan.r.marx@usdoj.gov

**All serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

Attachments:
- Affidavit in Support
- Exhibit A- UCC FINANCING STATEMENT, Document No. 31412900002, File No. 11-7294461601 dated December 16, 2011

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT IN SUPPORT OF NOTICE OF FILING FOREIGN JUDGMENT

The Offeror Affiant, Charles Alexander Davis, hereinafter "Affiant" does solemnly affirm, declare and state as follows:

1. Affiant is competent to state the matters set forth herein;

2. Affiant has knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as a witness, Affiant will testify to their veracity;

4. There is no evidence that the Offeror is not a friend of THIS COURT, and Affiant believes none exists, and;

5. There is no evidence that does not Come now Charles Alexander Davis as an Authorized Representative of the Secured Party Creditor and Paramount Security interest holder in all property and collateral both registered and unregistered, belonging to the Defendant CHARLES ALEXANDER DAVIS and an accommodation party under [UCC 3-419], hereinafter "Offeror". The Offeror is tendering for filing into Case No. 5:11-cr-00032-RLV, THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA STATESVILLE DIVISION this 20th day of December 2011 a Certified Record of a judgment *res judicata* and *stare decisis* from the Secretary of State, State of California a copy attached hereto and incorporated herein by reference as "EXHIBIT A" resolving the matter between THE UNITED STATES OF AMERICA V. CHARLES A. DAVIS, resolving Case No. 5:11-cr-00032-RLV in the UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA, STATESVILLE DIVISION, hereinafter "Offer". The Offeror is tendering the Offer to Jenny Grus Sugar, Assistant United States Attorney, c/o 227 West Trade Street, Suite 1650, Charlotte, North Carolina 28202, hereinafter "Offeree", and Affiant believes none exists.

6. There is no evidence that the Offeror does not conditionally accept Offeree's holding of the collateral CHARLES ALEXANDER DAVIS at Caldwell County Jail, 2351 Morganton Boulevard, Lenoir, North Carolina 28645 in this Court upon proof of claim that Offeree show cause why this Court does not lack subject-matter jurisdiction of a matter already resolved *res judicata* and *stare decisis*, a copy attached hereto and incorporated herein by reference as "EXHIBIT A" making the holding of the collateral CHARLES ALEXANDER DAVIS moot, and Affiant believes none exists.

# Commercial Affirmation and Verification

Caldwell county                 )
North Carolina republic         ) affirmed and subscribed:
United States of America        )


I, Charles Alexander Davis, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

In Witness Whereof, I have hereunto set my hand and seal.

_Charles A. Davis_
Charles Alexander Davis, Secured Party
Creditor, Executive Trustee for the Trust,
CHARLES ALEXANDER DAVIS

# "EXHIBIT A"
## RECORD OF PRESENTMENT

UCC FINANCING STATEMENT, Document No. 31412900002, File No. 11-7294461601 dated December 16, 2011

# State of California
## Secretary of State

I, **Debra Bowen**, Secretary of State of the State of California, hereby certify:

That the attached transcript of 2 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

December 16, 2011

*Debra Bowen*

Secretary of State

FILE # 117294461601

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
480-319-1552

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CHARLES A. DAVIS
1101 VOLUNTEER PARKWAY #5-184
BRISTOL, TN 37620
USA

DOCUMENT NUMBER: 31412900002
FILING NUMBER: 11-7294461601
FILING DATE: 12/16/2011 15:34
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CHARLES A. DAVIS | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1101 VOLUNTEER PARKWAY #5-184 | BRISTOL | TN | 37620 | USA |
| 1d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION: REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION: ILLINOIS | 1g. ORGANIZATIONAL ID#, if any ***-**-6065314 | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| davis | Charles | Alexander | | of |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| General Delivery | Bristol, Tennessee | TN | [37620] | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**

1. Certificate of Private Administrative Judgment dated 31 October 2011, between above named Charles Alexander, secured party and Administrative Judgment creditor and Jenny Grus Sugar, Assistant United States Attorney, and Administrative Judgment debtor in the matter resolving Case No. 5:11-cr-00032-RLV, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA, STATESVILLE DIVISION
hereinafter "CASE", Private Process Instrument No. PR-201131-AJ, whereas the matter is deemed res judicata and stare decisis that:
a. all charges against Defendant CHARLES A. DAVIS in the CASE are deemed zeroed and discharged by accommodation from Charles Alexander in behalf of CHARLES A. DAVIS, the accommodated party, to the UNITED STATES, the beneficiary;
b. all collateral belonging to Defendant CHARLES A. DAVIS, the accommodated party in the CASE, is deemed discharged in the CASE and the collateral is to be returned to Defendant CHARLES A. DAVIS; and,
c. the CASE is to be dismissed with prejudice as it relates to Defendant CHARLES A. DAVIS

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Private Registered Security Interest No. PR-201131-AJ

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: CHARLES A. DAVIS

OR 9b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 31412900002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX

11c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY

11d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO / 11e. TYPE OF ORGANIZATION / 11f. JURISDICTION OF ORGANIZATION / 11g. ORGANIZATIONAL ID#, if any ☐ NONE

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX

12c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16. Additional collateral description:**

2. Notice of lien hold interest in Case No. 5:11-cr-00032-RLV (UNITED STATES OF AMERICA and CHARLES A. DAVIS) and all products and proceeds thereof in the collateral CHARLES A. DAVIS, hereinafter "Administrative Judgment Creditor".

**17.** Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

**Jenny Grus Sugar**
Assistant United States Attorney
c/o 227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202

Cc:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF NORTH CAROLINA STATESVILLE DIVISION
401 W. Trade Street
Charlotte, NC 28202

**RAHWA GEBRE-EGZIABHER/Successors and Assigns, etc.**
c/o Federal Public Defenders Office
129 West Trade Street, Suite #300
Charlotte, North Carolina 28202

**Jonathan Richard Marx, Attorney**
U.S. Department of Justice
c/o 601 D Street NW, Room 7924
Washington, DC 20004

All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

hereinafter, "Recipients," the documents and sundry papers pertaining to a certain **NOTICE OF FILING FOREIGN JUDGMENT** in Case No. 5:11-cr-00032-RLV, THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA, STATESVILLE DIVISION as follows:

1. **NOTICE: NOTICE OF FILING FOREIGN JUDGMENT** dated December 20, 2011 (5 Leaves);
2. **EXHIBIT A:** UCC 1 FINANCING STATEMENT, Document No. 31412900002, File No. 11-7294461601 dated December 16, 2011 (4 leaves); and
3. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated December 20, 2011, (signed original on file) (2 leaves).

These mailings contained a total of eleven (11) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under

**NOTARY'S CERTIFICATE OF SERVICE**                                                                Page 1 of 2

Case 5:11-cr-00032-RLV-DSC   Document 53   Filed 12/27/11   Page 10 of 11

the exclusive face and custody of the United States Postal Service within the State of Arizona.

December 20, 2011
DATE

Notary

Benton Hall,

3546 East Presidio Circle

Mesa, Arizona [85213]

Phone: (480) 319-1552

Email: benton.private@gmail.com

---

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.