UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case Number: 5:11CR32-1-V

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
Vs. ) ORDER
)
CHARLES A. DAVIS, )
)
    Defendant )

FILED In Court
Statesville, NC
MAR - 5 2012
US District Court
Western District of NC

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 5th. day of March, 2012.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE