IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET 5:11-cr-00032

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| CHARLES A. DAVIS, | ) |
| **Defendant.** | ) |

On August 18, 2015, this Court gave Defendant Davis the opportunity to express his intent with regard to motions filed in his criminal case. Specifically, the Court asked whether or not he wants this Court to treat his Motion (Doc. 122) as § 2255. Davis' response was somewhat unclear. He indicated that he desired the Court to extend the time he was given to respond to the August 18, 2015 Order but also answered the Court's question. In an abundance of caution, the Court gives Defendant Davis an additional **forty (40) days** to respond to the questions asked in the Court's August 18, 2015 Order. The Clerk is directed to mail this Order along with the August 18, 2015 Order (Doc. 127) to Defendant.

**SO ORDERED.**

Signed: October 21, 2015

Richard L. Voorhees
United States District Judge

1